THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* WILLIE L. BYRD, Defendant-Appellant.

(No. 59346;

First District (2nd Division)—September 24, 1974.

James J. Doherty, Public Defender, of Chicago (Anthony Pinelli and Suzanne Xinos, Assistant Public Defenders, of counsel), for appellant.

Bernard Carey, State's Attorney, of Chicago (Patrick T. Driscoll, Jr., Assistant State's Attorney, of counsel), for the People.